THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TODD ROBERT HAMILTON, *et al.*,<br><br>                    Defendants. | CASE NO. CR11-0415-JCC<br><br>ORDER |

This matter comes before the Court on the Defendant Gary Aardema's Motion to Seal Exhibit 1 to Defendant's Sentencing Memorandum. (Dkt. No. 1055.) Having considered the briefing and the relevant record, the Court GRANTS the motion for the reasons below.

I.     **DISCUSSION**

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

Aardema asserts that Exhibit 1 to his sentencing memorandum contains information of a

"sensitive and confidential nature . . . which, if made public, could result in irreparable harm to [him] and his family." (Dkt. No. 1055 at 1.) The Court has reviewed Exhibit 1 and finds that sealing serves a compelling interest in protecting the privacy and safety of Aardema and his family. The procedural posture of the case—Aardema has already been sentenced—also favors sealing. *Cf. Perry v. Brown*, 667 F.3d 1078, 1087 (9th Cir. 2012) (parties' reliance interest in maintaining confidentiality of previously sealed records favored keeping them under seal). There is a substantial likelihood of harm to these interests if the exhibit is unsealed, and there are no less restrictive ways for protecting these interests. Additionally, Aardema's motion is unopposed.

## II.  CONCLUSION

For the foregoing reasons, the Court hereby GRANTS Aardema's motion (Dkt. No. 1055).

DATED this 9th day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE